DAVID R. SHAUB (Bar No. 032322)
LISBETH BOSSHART (Bar No. 201822)
SHAUB & WILLIAMS LLP
12121 Wilshire Boulevard, Suite 205
Los Angeles, CA  90025-1165
Tel:  (310) 826-6678
Fax:  (310) 826-8042
Email:  lawfirm@sw-law.com

DAVID G. ROSENBAUM (to be admitted *pro hac vice*)
ROSENAUM & SILVERT, P.C.
650 Dundee Road, Suite 380
Northbrook, IL  60062
Tel:  (847) 770-6000
Fax:  (847) 770-6006
Email:  drosenbaum@rosenbaumsilvert.com

Attorneys for Plaintiffs
LG HOME PRODUCTS, LLC and LEWIS GREEN

GUY D. CALLADINE (Bar No. 99431)
CHRISTOPHER C. NOLAN (Bar No. 229542)
CARLSON, CALLADINE & PETERSON LLP
353 Sacramento Street, 16th Floor
San Francisco, CA 94111
Tel: (415) 391-3911
Fax: (415) 391-3898

Attorneys for Defendants
TOWNSEND AND TWONSEND AND CREW LLP and
STEVEN C. PETERSEN and DAVID A. HALL

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LG HOME PRODUCTS, LLC, a Florida limited liability company, LEWIS GREEN, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> TOWNSEND AND TOWNSEND AND CREW LLP, a California limited liability partnership, STEVEN C. PETERSEN, an individual, DAVID A. HALL, an individual, <br><br> Defendants. | CASE NO. CV 09-05226 JSW <br><br> **STIPULATION AND [PROPOSED] ORDER AMENDING SCHEDULING ORDER RE: USE OF COURT ADR SERVICES IN LIEU OF PRIVATE ADR SERVICES** |

| | |
|---|---|
| TOWNSEND and TOWNSEND and CREW, LLP, a California limited liability partnership, | |
| Counter-Claimant, | |
| vs. | |
| LG HOME PRODUCTS, LLC, a Florida limited liability company, LEWIS GREEN, an individual, | |
| Counter-Defendants. | |

Plaintiffs and Counter-Defendants LG Home Products and Lewis Green, Defendants Townsend and Townsend and Crew LLP, Steven Petersen and David Hall and Counter-Claimant Townsend and Townsend and Crew LLP (collectively "the Parties") hereby submit the following Stipulation and Proposed Order:

WHEREAS, On January 25, 2010 this Court ordered the parties to participate in private mediation on or before May 26, 2010;

WHEREAS, following the Status Conference on February 11, 2010, the parties have further met and conferred regarding ADR in this matter and agree and so stipulate to participate in a mediation with the Northern District of California Court Services ADR; and

WHEREAS, the parties must obtain relief from the Scheduling Order in this matter to use Court ADR Services for mediation rather than a private mediation services;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that:

Based on the foregoing, the undersigned parties through their counsel stipulate to mediate this matter with Court ADR Services in lieu of private ADR and respectfully request that the Court amend the Scheduling Order in this matter to so reflect this stipulation.

SO STIPULATED.

Dated: March 26, 2010      **CARLSON, CALLADINE & PETERSON LLP**

By: s/Jan Ellard/
Jan Ellard

Attorneys for Defendant
**TOWNSEND, TOWNSEND & CREW LLP**

Dated: March 26, 2010      **SHAUB & WILLIAMS LLP**

By: s/Lisbeth Bosshart Merrill/
Lisbeth Bosshart Merrill

Attorneys for Plaintiff
**LG HOME PRODUCTS, LLC**

Pursuant to the stipulation above, it is hereby ORDERED that the parties in the referenced matter participate in mediation with Court Services ADR by May 26, 2010 and that the Scheduling Order shall be so amended.

IT IS SO ORDERED.

Dated: __March 29____, 2010

_____
The Honorable Jeffrey S. White
United States District Judge