1  DAVID R. SHAUB (Bar No. 032322)
   LISBETH BOSSHART (Bar No. 201822)
2  SHAUB & WILLIAMS LLP
   12121 Wilshire Boulevard, Suite 205
3  Los Angeles, CA 90025-1165
   Tel: (310) 826-6678
4  Fax: (310) 826-8042
   Email: lawfirm@sw-law.com
5
   DAVID G. ROSENBAUM (to be admitted *pro hac vice*)
6  ROSENAUM & SILVERT, P.C.
   650 Dundee Road, Suite 380
7  Northbrook, IL 60062
   Tel: (847) 770-6000
8  Fax: (847) 770-6006
   Email: drosenbaum@rosenbaumsilvert.com
9

10 Attorneys for Plaintiffs and Counter-Defendants
   LG HOME PRODUCTS, LLC and LEWIS GREEN
11
   GUY D. CALLADINE (Bar No. 99431)
12 JAN E. ELLARD (Bar No. 171947)
   CARLSON, CALLADINE & PETERSON LLP
13 353 Sacramento Street, 16th Floor
   San Francisco, CA 94111
14 Tel: (415) 391-3911
   Fax: (415) 391-3898
15
   Attorneys for Defendant and Counter-Plaintiff
16 TOWNSEND AND TWONSEND AND CREW LLP and
   Defendants STEVEN C. PETERSEN and DAVID A. HALL

17
**UNITED STATES DISTRICT COURT**
18
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
19

20

| | |
|---|---|
| LG HOME PRODUCTS, LLC, a Florida limited liability company, LEWIS GREEN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>TOWNSEND AND TOWNSEND AND CREW LLP, a California limited liability partnership, STEVEN C. PETERSEN, an individual, DAVID A. HALL, an individual,<br><br>Defendants. | CASE NO. CV 09-05226 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING MEDIATION CUT OFF DATE TO JUNE 30, 2010** |

-1-

**Stipulation and [Proposed] Order Extending Mediation Completion Date to June 30, 2010**

| | |
|---|---|
| TOWNSEND and TOWNSEND and CREW, LLP, a California limited liability partnership, | |
| Counter-Claimant, | |
| vs. | |
| LG HOME PRODUCTS, LLC, a Florida limited liability company, LEWIS GREEN, an individual, | |
| Counter-Defendants. | |

Plaintiffs and Counter-Defendants LG Home Products and Lewis Green, Defendants Townsend and Townsend and Crew LLP, Steven Petersen and David Hall and Counter-Claimant Townsend and Townsend and Crew LLP (collectively "the Parties") hereby submit the following Stipulation and Proposed Order:

WHEREAS, on January 25, 2010 this Court ordered the parties to participate in private mediation on or before May 26, 2010;

WHEREAS, Plaintiffs represent that Plaintiff Lewis Green who is the principal of LG Home Products, LLC, presently resides in China and because of a business venture, has been unable to schedule his return to the United States prior to the latter portion of June 2010;

WHEREAS, the Parties each believe it necessary to complete certain discovery in order to have a meaningful mediation, including the taking of the deposition of Lewis Green on June 23, 2010, the person most qualified at LG Home Products LLC on June 24, 2010,, and the production of documents by Plaintiffs to be completed by the end of May 2010, which Plaintiffs represent has been delayed because of the various locations of the documents in San Diego and Florida while Plaintiff is in China;

WHEREAS, the parties agree that it is important to keep in place all other dates in the January 25, 2010 Scheduling Order in this matter, including the Fact Discovery cut-off of September 30, 2010, which the parties agree should only be moved for extraordinary, unanticipated reasons;

WHEREAS, the parties agree that the physical presence of Defendants Steven Peterson and David Hall at the mediation is not necessary in order for the parties to conduct a mediation in good faith with the participation of all other parties including a representative of Townsend and Townsend and Crew LLP; and

WHEREAS, following the Status Conference on February 11, 2010 and a discussion with the mediator assigned to the case, the parties have met and conferred and agree it is necessary and beneficial to conduct to mediation on June 28, 2010;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that:

1. Based on the foregoing, the undersigned parties through their counsel stipulate to continue the mediation completion date in this matter to June 30, 2010 so that mediation can take place on or about June 28, 2010.  Further, the parties agree that this stipulation is not intended to affect any other dates in this matter, including the discovery cut-off date of September 30, 2010 which the parties agree to maintain.
2. 2. Based on the foregoing, Defendants Steven Peterson and David Hall do not need to physically attend the mediation but, instead, may be available on telephone standby.

SO STIPULATED.

**Stipulation and [Proposed] Order Extending Mediation Completion Date to June 30, 2010**

| | | |
|---|---|---|
| 1 | Dated: May 21, 2010 | **CARLSON, CALLADINE & PETERSON LLP** |
| 2 | | |
| 3 | | By: s/Jan E. Ellard/ |
| | | Jan E. Ellard |
| 4 | | |
| 5 | | Attorneys for Defendant and Counter-Plaintiff **TOWNSEND and TOWNSEND and CREW LLP and Defendants Steven Paterson and David Hall** |
| 6 | | |
| 7 | Dated: May 24, 2010 | **SHAUB & WILLIAMS LLP** |
| 8 | | |
| 9 | | By: s/Lisbeth Bosshart Merrill/ |
| 10 | | Lisbeth Bosshart Merrill |
| 11 | | Attorneys for Plaintiff **LG HOME PRODUCTS, LLC** |

Pursuant to the stipulation above, it is hereby ORDERED that the parties in the referenced matter participate in mediation by June 30, 2010 and that the Scheduling Order shall be so amended. It is FURTHER ORDERED that the fact discovery cut-off of September 30, 2010 will not be moved absent extraordinary, unanticipated reasons. It is FURTHER ORDERED that Defendants Steven Peterson and David Hall do not need to attend the mediation but, instead, may be available on telephone stand-by.

IT IS SO ORDERED.

Dated: May 27, 2010

_____
The Honorable Jeffrey S. White
United State District Judge

**Stipulation and [Proposed] Order Extending Mediation Completion Date to June 30, 2010**