DAVID R. SHAUB (Bar No. 032322)
LISBETH BOSSHART MERRILL (Bar No. 201822)
SHAUB & WILLIAMS LLP
12121 Wilshire Boulevard, Suite 205
Los Angeles, CA 90025-1165
Tel: (310) 826-6678
Fax: (310) 826-8042
Email: lawfirm@sw-law.com

DAVID G. ROSENBAUM (to be admitted *pro hac vice*)
ROSENBAUM & SILVERT, P.C.
650 Dundee Road, Suite 380
Northbrook, IL 60062
Tel: (847) 770-6000
Fax: (847) 770-6006
Email: drosenbaum@rosenbaumsilvert.com

Attorneys for Plaintiffs
LG HOME PRODUCTS, LLC and LEWIS GREEN

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LG HOME PRODUCTS, LLC, a Florida limited liability company, LEWIS GREEN, an individual,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>TOWNSEND AND TOWNSEND AND CREW LLP, a California limited liability partnership, STEVEN C. PETERSEN, an individual, DAVID A. HALL, an individual,<br><br>　　　　　Defendants. | CASE NO. CV 09-05226 JSW<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL AGAINST STEVEN C. PETERSEN AND DAVID A. HALL WITH PREJUDICE** |

///

///

///

-1-

**REQUEST FOR DISMISSAL**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs and Counter-Defendants LG Home Products, LLC and Lewis Green by and through their counsel, Shaub & Williams LLP, hereby requests the Court to dismiss with prejudice all of Plaintiffs' claims in this action as against Defendants Steven C. Petersen and David A. Hall.

DATED: July 8, 2010    SHAUB & WILLIAMS LLP

By: s/Lisbeth Bosshart Merrill    /
Lisbeth Bosshart Merrill
Attorneys for Plaintiffs

July 13, 2010

IT IS SO ORDERED
Judge Jeffrey S. White
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA